UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELLIE HAPPEL and JUST FUTURES LAW,

            Plaintiffs,

            v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES DEPARTMENT OF STATE and U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

            Defendants.

No. 25-cv-2053 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On May 23, 2025, the Court held an initial conference in this Freedom of Information Act matter, during which the parties advised the Court that they were negotiating which documents would be released to Plaintiffs. No later than September 17, 2025, the parties shall provide a status update and propose next steps for this matter.

SO ORDERED.

Dated:    September 11, 2025
            New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge